## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-02209-KLM

JOHN MEGGS and ACCESS 4 ALL
INCORPORATED,

    Plaintiffs,

v.

BREIT FALCON PROPERTY OWNER
LLC and BREIT FALCON TRS LLC
D/B/A RESIDENCE INN BY MARRIOTT
COLORADO SPRINGS NORTH AIR FORCE
ACADEMY,

    Defendants.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs, JOHN MEGGS and ACCESS 4 ALL INCORPORATED, and Defendants, BREIT FALCON PROPERTY OWNER LLC and BREIT FALCON TRS LLC D/B/A RESIDENCE INN BY MARRIOTT COLORADO SPRINGS NORTH AIR FORCE ACADEMY, ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on April 6, 2023.

| | |
|---|---|
| /s/ Anthony J. Perez<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, CO 80202<br>Telephone: (305) 553-3464<br>Email: ajperez@lawgmp.com<br>*Attorney for Plaintiff* | /s/ Julia N. Sarnoff<br>JULIA N. SARNOFF<br>SEYFARTH SHAW LLP<br>975 F St. NW<br>Washington, DC 20004<br>Telephone: (202) 828-3535<br>Facsimile: (212) 218-5526<br>Email: jsarnoff@seyfarth.com<br>*Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 6, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dramos@lawgmp.com
bvirues@lawgmp.com

By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ

2